IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMIRO MUNOS GARZA, | ) | 1:06-CV-01354-OWW-SMS-HC |
| | ) | |
| Petitioner, | ) | THIRD ORDER TO SUBMIT |
| | ) | COMPLETED APPLICATION TO |
| vs. | ) | PROCEED IN FORMA PAUPERIS AND |
| | ) | CERTIFIED COPY OF TRUST |
| UNKNOWN, | ) | ACCOUNT STATEMENT **OR** PAY |
| | ) | FILING FEE |
| Respondent. | ) | |

Petitioner is a prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 15, 2006, the court issued an order for petitioner to submit a completed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a certified copy of his prison trust account statement. On November 29, 2006, petitioner submitted an application to proceed in forma pauperis. However, petitioner's application to proceed in forma pauperis was **not completed**; it did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, petitioner has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2).

Petitioner will be provided another opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement **or** pay the $5.00 filing fee.

Petitioner is advised that he must follow prison procedures to obtain the required documents from prison officials. Petitioner is directed to show a copy of this order to prison officials.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis;

2. Petitioner is directed to show a copy of this order to prison officials; and

3. Within thirty days of the date of service of this order, petitioner shall submit a **completed** application to proceed in forma pauperis and a **certified copy** of his prison trust account statement for the six month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   December 5, 2006              /s/ Sandra M. Snyder
ah0l4d                                 UNITED STATES MAGISTRATE JUDGE